**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| TINA L. DE LA CRUZ, | ) | NO. CV 11-10612-E |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY, | ) ) ) | |
| | ) | |
| Defendant. | ) ) | |

   IT IS HEREBY ADJUDGED that the decision of the Commissioner of the Social Security Administration is reversed in part and the matter is remanded for further administrative action consistent with the Report and Recommendation of United States Magistrate Judge filed September 21, 2012.

         DATED: September 27, 2012.


                    _____/S/_____
                           CHARLES F. EICK
                    UNITED STATES MAGISTRATE JUDGE